**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
NEW ORLEANS, LOUISIANA
EAST COURTROOM – VIRTUAL**

The Court has scheduled the following cases for VIDEO CONFERENCING oral argument on the day shown:

COUNSEL FOR EACH PARTY MUST PRESENT ARGUMENT UNLESS EXCUSED BY THE COURT. CASES MARKED * ARE LIMITED TO 20 MINUTES PER SIDE; CASES WITH NO * ARE LIMITED TO 30 MINUTES PER SIDE UNLESS PREVIOUSLY GRANTED ADDITIONAL TIME.  "SIDE" REFERS TO PARTIES IN THEIR POSITION ON APPEAL.  IF IN DOUBT, CONSULT THE CLERK'S OFFICE.

**THURSDAY, MARCH 16, 2023 –** *COURT CONVENES AT 10:00 A.M.*

No. 22-70007  Jarrell Neal v. Darrel Vannoy, Appellant

                                            LYLE W. CAYCE
                                            CLERK OF COURT

NEW ORLEANS, LA 1/20/23 – C5

**IMPORTANT NOTES**

1. Counsel presenting video conferencing oral argument should check in at the time designated on the Zoom for Government meeting invitation you will receive from the Court.

2. Click on this link to listen live to an oral argument:  East Courtroom. (Note, this link is active only during the hearing.)

3. Click on this link to listen to a recording of the argument after the hearing: Oral Argument Recordings. (Recordings are posted shortly after the hearing.)

4. To receive notices of actions in the case, follow instructions at these links:

Attorneys requesting notice of case activity click here:  Notice for Cases of Interest for Attorneys
Non-attorneys requesting notice of case activity click here:  Notice for Cases of Interest for Non-Attorneys